```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 17-02491-JJT
Jeffrey Matthew Moczydlowski                                         Chapter 7
Michelle Renee Saunders
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: admin              Page 1 of 1           Date Rcvd: Sep 29, 2017
                             Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db/jdb         +Jeffrey Matthew Moczydlowski,    Michelle Renee Saunders,   84 Mohawk Trail,
                Albrightsville, PA 18210-3925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Howard Gershman    on behalf of Creditor    CAB East, LLC/Ford Motor Credit Company, LLC
               hg229ecf@gmail.com,    229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas L Lightner    on behalf of Joint Debtor Michelle Renee Saunders tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              Thomas L Lightner    on behalf of Debtor Jeffrey Matthew Moczydlowski tlightner@lightnerlaw.com,
               sbennett@lightnerlaw.com;r50447@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 7

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jeffrey Matthew Moczydlowski<br>aka Jeffrey M. Moczydlowski, aka Jeffrey<br>Moczydlowski<br>84 Mohawk Trail<br>Albrightsville, PA 18210<br><br>Michelle Renee Saunders<br>aka Michelle R. Saunders, aka Michelle Saunders<br>84 Mohawk Trail<br>Albrightsville, PA 18210 | Chapter 7<br>Case No. 5:17−bk−02491−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8029
xxx−xx−3345

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 28, 2017

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk